UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIANA JURCEV,<br><br>                      Plaintiff,<br><br>    - against -<br><br>CITIBANK, N.A., BANK OF THAILAND, LTD., BANGKOK BANK PUBLIC COMPANY, LIMITED, P.C. SOLUTIONS, INC. AND MCAFEE, INC.,<br><br>                      Defendants. | Case No: _____<br><br>FED. R. CIV. P. 7.1<br>CORPORATE DISCLOSURE<br><u>STATEMENT</u> |

      Citibank, N.A., by its undersigned attorneys, discloses pursuant to Fed. R. Civ. P. 7.1 that Citibank, N.A. is a subsidiary of Citigroup Inc., a publicly held corporation. No publicly held corporation owns ten percent or more of the stock of Citigroup Inc.

Dated: New York, New York
       June 27, 2022

                                    ZEICHNER ELLMAN & KRAUSE LLP

                                    By: /s/ Bruce S. Goodman
                                         Barry J. Glickman
                                         Bruce S. Goodman
                                         Attorneys for Defendant
                                          Citibank, N.A.
                                         1211 Avenue of the Americas
                                         New York, New York 10036
                                         (212) 223-0400

                                         4858-1985-5398, v. 1