Barry J. Glickman, Esq.
Bruce S. Goodman, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
Attorneys for Defendant Citibank, N.A.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIANA JURCEV,<br><br>         Plaintiff,<br><br>    - against -<br><br>CITIBANK, N.A., BANK OF THAILAND, LTD., BANGKOK BANK PUBLIC COMPANY, LIMITED, P.C. SOLUTIONS, INC. AND MCAFEE, INC.,<br><br>         Defendants. | Case No: 22-CV-3754 (GRB) (SIL)<br><br>NOTICE OF APPEARANCE AND <ins>DEMAND FOR COMPLAINT</ins> |

    TAKE NOTICE, that defendant Citibank, N.A. hereby appears in the above-entitled action and that the undersigned has been retained as attorneys for Citibank, N.A. and demands, pursuant to N.Y.C.P.L.R. § 3012(b) and Fed. R. Civ. P. 81, that you serve a copy of the Complaint upon the undersigned at the office and post office address stated below.  I certify I am admitted to this Court.

Dated: New York, New York
July 1, 2022

                                          ZEICHNER ELLMAN & KRAUSE LLP

                              By: /s/ Bruce S. Goodman  
                                   Bruce S. Goodman  
                                   Attorneys for Defendant  
                                      *Citibank, N.A.*  
                                   1211 Avenue of the Americas  
                                   New York, New York 10036  
                                   (212) 223-0400

TO: PETER R. SHIPMAN, ESQ. (BY EMAIL)
      Attorney for Plaintiff
      42 Fulton Avenue
      Smithtown, New York 11787
      4867-6627-3062, v. 1

## CERTIFICATE OF SERVICE

      Anthony Rosario, hereby certifies pursuant to 28 U.S.C. 1746 and under penalty of perjury I caused to be served that on the 1st day of July 2022 I served a true copy of the within **DEFENDANT CITIBANK, N.A.'S NOTICE OF APPEARANCE AND DEMAND FOR COMPLAINT** upon the attorney in this action listed below at the address listed beneath his name in the manner indicated below:

### *BY FIRST CLASS MAIL AND E-MAIL*

Peter R. Shipman, Esq.
Attorney for Plaintiff
42 Fulton Avenue
Smithtown, New York 11787
petelaw52@optonline.net

Dated: July 1, 2022

_____
Anthony Rosario