## ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

DIRECT DIAL
(212) 826-5357
bgoodman@zeklaw.com

WWW.ZEKLAW.COM

July 1, 2022

**BY ECF**

Honorable Gary R. Brown, U.S.D.J
United States District Judge
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

**Jurcev v. Citibank, N.A., et als.**
**Case No. 22 CV 3754 (GRB) (SIL)**

Dear Judge Brown,

   We are counsel to defendant Citibank, N.A. in the referenced action, which Citibank removed to this Court by Notice of Removal on June 27, 2022 [ECF No. 1], following plaintiff's service of a Summons with Notice dated May 24, 2022 (the "Summons with Notice"), she filed in the Supreme Court of New York, County of Suffolk (the "State Court Action").[1]

   We write to address the Order to Show Cause filed June 30, 2022, by which this Court inquires whether plaintiff filed a complaint in the State Court Action, and asks Citibank to either file such complaint or a letter "clarifying its non-existence." Citibank is unaware of any such complaint, and a review of the New York State Courts Electronic Filing platform reveals no such complaint was filed. Rather, as referenced in the Notice of Removal, on May 27, 2022 plaintiff filed a Supplemental Summons with Notice (the "Supplemental Summons") that does not appear to have been served on any defendant. But, as with Summons with Notice, plaintiff did not attach a complaint to the Supplemental Summons.

---

[1] Unlike Fed. R. Civ. P. Rule 3, which provides that "[a] civil action is commenced by filing a complaint with the court," New York CPLR § 3012 does not include such requirement. Instead, it provides that "[t]he complaint *may* be served with the summons" and that "[i]f the complaint is not served with the summons, the defendant may serve a written demand for the complaint." That is the procedure followed here.

ZEICHNER ELLMAN & KRAUSE LLP

Honorable Gary R. Brown, U.S.D.J.
July 1, 2022
Page 2

By Notice of Appearance and Demand for Complaint, dated July 1, 2022, Citibank demanded that plaintiff serve a Complaint. [ECF Doc. No. 6]

Respectfully,

Bruce S. Goodman

cc: Peter R. Shipman, Esq. (by email: petelaw52@optonline.net)

4855-6967-9143, v. 2