clients in 24 countries

### EVP, CEO - US Commercial Banking Group
2008 - 2011 · 3 years
Greater New York City Area

### Managing Director - Region Head Commercial Business - East
2004 - 2008 · 4 years
Greater New York City Area

### Managing Director, Global Product Head - Trade Finance - GTS
2001 - 2004 · 3 years
Greater New York City Area

### Global Corporate and Investment Bank Head - Northern Malaysia
1998 - 2001 · 3 years
Malaysia

### Various Positions - Asia - Singapore, India
1988 - 1998 · 10 years
Singapore, India

# Education

### Indian Institute of Management, Ahmedabad
MBA · Finance, Marketing
1986 - 1988

### St Stephens College, Delhi
Bachelor of Arts (Honours) · Economics
1983 - 1986

### Mayo College

eCorporateOffices

World's Best for Corporate Office Info

M2 Media Group
M2 Media Group
We Provide Technology-Enabled Platforms for Customer Acquisition and Growing Sales.

Directions                    Website

Find Corporate Office: Search

Search

# Citibank Corporate Office & Headquarters

399 Park Ave. New York NY 10022

# Citibank corporate phone number:

(212) 559-1000

# Average Rating and Total Reviews

**Avg. Rating**

1.7
★★☆☆☆

**Reviews**

151

- Write A Review
- Edit

Start Chatting 1:1 Minutes

An Expert Will Answer in Min
a Question, Get an Answer A

JustAnswer

Open

# 151 Reviews For Citibank Headquarters & Corporate Office

**Trouble costumer service, Harassment over $18!**



Sunil Garg

The digital banking experience for small to mid-sized corporate clients has long been underwhelming. Learn more about how #Citi Commercial Bank is...
Liked by Sunil Garg

We're proud to be working with Dextcloud to develop more client-centric solutions at a quicker pace and accelerate the transformation of our...
Liked by Sunil Garg

Join now to see all activity

## Experience

**Citi**
34 years

**CEO, Citibank N.A.**
Mar 2021 - Present · 1 year 5 months
New York, United States

**CEO, Citi Commercial Bank**
2011 - Mar 2021 · 10 years