F-6 POS 1 e621804_f6pos-sos.htm

As filed with the Securities and Exchange Commission on July 1, 2022                                    Registration No. 333-261292

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549**

---

POST-EFFECTIVE AMENDMENT NO. 1 TO FORM F-6
REGISTRATION STATEMENT
UNDER
THE SECURITIES ACT OF 1933 FOR DEPOSITARY SHARES EVIDENCED BY
AMERICAN DEPOSITARY RECEIPTS

---

# SOS LIMITED

(Exact name of issuer of deposited securities as specified in its charter)

---

**N/A**

(Translation of issuer's name into English)

---

**The Cayman Islands**

(Jurisdiction of incorporation or organization of issuer)

---

**CITIBANK, N.A.**

(Exact name of depositary as specified in its charter)

---

388 Greenwich Street
New York, New York 10013
(877) 248 - 4237

(Address, including zip code, and telephone number, including area code, of depositary's principal executive offices)

---

**Puglisi & Associates
850 Library Avenue, Suite 204
Newark, Delaware 19711
(302) 738-6680**

(Address, including zip code, and telephone number, including area code, of agent for service)

---

Copies to:

| | |
|---|---|
| Joan Wu, Esq. | Herman H. Raspé, Esq. |
| Hunter Taubman Fischer & Li LLC | Patterson Belknap Webb & Tyler LLP |
| 48 Wall Street, Suite 1100 | 1133 Avenue of the Americas |
| New York, NY 10005 | New York, NY 10036 |
| (212) 530-2210 | (212) 336-2301 |

---

It is proposed that this filing become effective under Rule 466:    ☐ immediately upon filing.