

Chief of Staff to CEO **399 Park Avenue New York, NY** 10043
margo.pilic@citi.com

### Citigroup - Elliott Advocacy
www.elliott.org/company-contacts/citigroup/

## People also ask

Where are Citibank Corporate offices located?

How do I contact Citibank by phone?

Where is Citibank head office?

